UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH HARRIS, | : | Case No. 1:15-cv-189 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| HAMILTON COUNTY SHERIFF, *et al.*, | : | |
| | : | |
| Respondents. | : | |

**DECISION AND ENTRY ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 8)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court and, on May 13, 2015, submitted a

Report and Recommendation.  (Doc. 8).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendation should be and is hereby adopted in its

entirety.  Accordingly:

1.    Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C.
       Section 2241 (Doc. 1) is **DENIED** with **PREJUDICE**;

2.    A certificate of appealability under 28 U.S.C. § 2253 is **DENIED**; and

3.      An application to proceed on appeal *in forma pauperis* under 28 U.S.C. Section 1915(a)(3) is **DENIED**.

**IT IS SO ORDERED**.

Date: <u>6/2/15</u>                                    <u>s/Timothy S. Black</u>
                                                    Timothy S. Black
                                                    United States District Judge